DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIAKKAR L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1799

[November 19, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502004CF003240AXXXMB.

Miakkar L. Brown, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***